# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GILBERT MICHAEL DOYLE,**
**ADC # 98722**                                                                                                    **PLAINTIFF**

V.                            CASE NO. 5:16-CV-00054 JM/BD

**ROBBIE FREAD, et al.**                                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Doyle's access-to-court claims against Defendants Pitts and Clark are DISMISSED, without prejudice. The claims regarding failure to process grievances against Defendants Fread, Pitts, and Clark are DISMISSED, with prejudice. Defendants Pitts and Clark are DISMISSED from this lawsuit. Mr. Doyle's deliberate-indifference claim and an access-to-courts claim against Defendant Fread may PROCEED.

IT IS SO ORDERED, this 28th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE