**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GILBERT MICHAEL DOYLE,
ADC # 98722**                                                                  **PLAINTIFF**

**V.**                   **CASE NO. 5:16-CV-00054 JM/BD**

**ROBBIE FREAD, et al.**                                             **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Doyle's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Doyle's motion for summary judgment (#28) is DENIED.

IT IS SO ORDERED, this 28th day of June, 2016.

                                                                  UNITED STATES DISTRICT JUDGE