**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GILBERT MICHAEL DOYLE**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:16-CV-00054 JM/BD**

**ROBBIE FREAD**                                                          **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review

of the Recommendation, the Court concludes that the Recommendation should be, and

hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Doyle's lawsuit is DISMISSED, with prejudice, and all pending motions are

DENIED as moot.

IT IS SO ORDERED, this 29th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE